**No. 59542.**—Marino Bros. *v.* United States, protest 237413–K (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of Pecorino (sheep's milk) cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.

**No. 59543.**—J. Ossola Co., Inc. *v.* United States, protest 258046–K (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.

**No. 59544.**—Moscahlades Bros., Inc. *v.* United States, protest 241691–K (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists, in fact, of an Argentine Sbrinz cheese, in original loaves, the claim of the plaintiff was sustained.

**No. 59545.**—Norman G. Jensen *v.* United States, protest 109326–K (Pembina).

Opinion by DONLON, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).  In accordance therewith the claim for free entry was sustained.

**No. 59546.**—J. A. Forrest Co. *v.* United States, protests 111643–K (A) and 111643–K (C) (Pembina).

Opinion by DONLON, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).  In accordance therewith the claim for free entry was sustained.

**No. 59547.**—Norman G. Jensen et al. *v.* United States, protests 111643–K (B), etc. (Pembina).